**FEDERAL PUBLIC DEFENDER**
**DISTRICT OF NEW JERSEY**

| | 800-840 Cooper Street | |
|---|---|---|
| **RICHARD COUGHLIN** | Suite 350 | **CHESTER M. KELLER** |
| FEDERAL PUBLIC DEFENDER | Camden, New Jersey 08102 | FIRST ASSISTANT |

(856) 757-5341  Telephone
(856) 757-5273  Facsimile

May 21, 2020

Honorable Renée M. Bumb
United States District Judge
Mitchell H. Cohen Courthouse
One John F. Gerry Plaza
Camden, New Jersey 08101

        Re:    United States v. Luis Diaz
                Crim No. 14-283-2 (RMB)

Dear Judge Bumb:

    It has recently come to my attention the above captioned defendant has written a pro-se motion for compassionate release under 18 § 3624(c)(2). It is counsel's intent to review this motion and decide its merits and viability for the Courts consideration. Counsel is requesting additional time to confer with the defendant, assess the motion and either file it anew with counsel, or advise the defendant to proceed as is.

    I have presented the need for more time with the government before they file a response to the current pro-se motion and they have no objection.

    Thank you for your consideration with the above and if you have any questions regarding this matter do not hesitate to contact me

        Respectfully,

        /s/ *Christopher O'Malley*

        CHRISTOPHER O'MALLEY
        Assistant Federal Public Defender

cc:    Alisa Shver,  AUSA
       Luis Diaz

SO ORDERED this 22nd day of May 20 20

*[signed]* Renée Marie Bumb
United States District Judge

---

1002 Broad Street, Newark, New Jersey 07102  (973) 645-6347

22 South Clinton Avenue, Station Plaza 4, 4th Floor  Trenton, New Jersey  08609  (609) 989-2160